

United States Department of Justice

*United States Attorney*
*Northern District of New York*

*445 Broadway, Room 218*　　　　　*Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*　　*Fax: (518) 431-0249*
*Albany, New York 12207-2924*

June 12, 2025

Via ECF

Hon. Mae A. D'Agostino
United States District Judge
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

Re:   United States v. Kimberly Humphrey a/k/a Kimberly Owen
      Case No. 1:25-CR-238 (MAD)

Dear Judge D'Agostino:

With defense counsel's consent I respectfully ask that the Court change the case caption to conform to the defendant's legal name. The defendant's legal name is Kimberly Owen. She has used the name Kimberly Humphrey and she is married to someone with that last name, but she never formally changed her last name. For that reason, we ask that the case caption be changed to read, "United States of America v. Kimberly Owen a/k/a Kimberly Humphrey. Thank you for your attention to this matter, which I should have raised in Court on Tuesday.

Respectfully submitted,

***/s/ Michael Barnett***
Assistant U.S. Attorney