

United States Department of Justice

United States Attorney
Northern District of New York

| | |
|---|---|
| 445 Broadway, Room 218 | Tel.: (518) 431-0247 |
| James T. Foley U.S. Courthouse | Fax: (518) 431-0249 |
| Albany, New York 12207-2924 | |

November 18, 2025

**By ECF**

Hon. Mae A. D'Agostino
United States District Judge
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

   RE: *United States v. Kimberly Owen*, No. 1:25-CR-238 (MAD) (N.D.N.Y.)

Dear Judge D'Agostino:

  Sentencing in this matter is currently scheduled for January 15, 2026. Dkt. # 19. The government respectfully requests that the Court adjourn sentencing for approximately 90 days to a time that is convenient for the Court. The defense consents to this request.

  I thank the Court for its attention to this matter.

             Respectfully submitted,

             JOHN A. SARCONE III
             Acting United States Attorney

      By: _____
             Joshua R. Rosenthal
             Assistant United States Attorney
             Bar Roll No. 700730

cc: Counsel of record (by ECF)