**CAPEZZA HILL, LLP**
ATTORNEYS AT LAW

Thomas A. Capezza, Esq.

*Partner*

March 17, 2026

**By ECF**

Honorable Mae A. D'Agostino
United States District Judge
Northern District of New York
445 Broadway
Albany, New York 12207

Re: **United States v. Kimberly Owen**
**25-CR-238 (MAD)**

Dear Judge D'Agostino:

With the consent of the government, I respectfully request an additional thirty (30) days from the current March 23, 2026, date to submit objections to the PSIR in the above-referenced case.

We thank the Court for its time and consideration.

Respectfully submitted,

**CAPEZZA HILL, LLP**

THOMAS A. CAPEZZA