# CAPEZZA HILL, LLP
## ATTORNEYS AT LAW

Thomas A. Capezza, Esq.

*Partner*

April 2, 2026

**By ECF**

Honorable Mae A. D'Agostino
United States District Judge
Northern District of New York
445 Broadway
Albany, New York 12207

**Re: <u>United States v. Kimberly Owen</u>**
**25-CR-238 (MAD)**

Dear Judge D'Agostino:

With the consent of the government, I respectfully request an additional sixty (60) days from the current May 28, 2026, sentencing date.

We thank the Court for its time and consideration.

Respectfully submitted,

**CAPEZZA HILL, LLP**

THOMAS A. CAPEZZA