CAPEZZA HILL, LLP
ATTORNEYS AT LAW

Thomas A. Capezza, Esq.
*Partner*

September 17, 2026

**By ECF**

Honorable Mae A. D'Agostino
United States District Judge
Northern District of New York
445 Broadway
Albany, New York 12207

**Re: United States v. Kimberly Owen**
**25-CR-238 (MAD)**

Dear Judge D'Agostino:

With the consent of the government, I respectfully request an additional forty-five (45) days from the current October 28, 2026, sentencing date.

We thank the Court for its time and consideration.

Respectfully submitted,

**CAPEZZA HILL, LLP**

THOMAS A. CAPEZZA

30 South Pearl Street | Suite P-110 | Albany, New York 12207
Phone: 518-478-6065 | Fax: 518-407-5661 | tom@capezzahill.com