**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

*445 Broadway, Room 218*
*James T. Foley U.S. Courthouse*
*Albany, New York 12207-2924*

*Tel.: (518) 431-0247*
*Fax: (518) 431-0249*

November 10, 2026

**BY ECF**

Hon. Mae A. D'Agostino
United States District Judge
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

**RE: *United States v. Kimberly Owen*, No. 1:25-CR-238 (MAD) (N.D.N.Y.)**

Dear Judge D'Agostino:

Sentencing in this matter is currently scheduled for December 15, 2026. Dkt. # 34. The government respectfully requests that the Court adjourn sentencing for approximately 30 days to a time that is convenient for the Court. The defense consents to this request.

I thank the Court for its attention to this matter.

Respectfully submitted,

TODD BLANCHE
Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney

By: ____________________________
Joshua R. Rosenthal
Assistant United States Attorney
Bar Roll No. 700730

cc: Counsel of record (by ECF)